IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ERIC SAGER, :
        Plaintiff, :
     v. : Case No. 3:05-cv-431-KRG-KAP
BLAIR COUNTY PRISON MEDICAL :
STAFF, :
        Defendants :

## MEMORANDUM ORDER

This matter was referred to Magistrate Judge Keith A. Pesto for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C.§ 636(b)(1), and subsections 3 and 4 of Local Rule 72.1 for Magistrate Judges.

The Magistrate Judge filed a Report and Recommendation on June 1, 2007, docket no. 19, recommending that the defendants' motion for summary judgment, docket no. 16, be granted.

The parties were notified that pursuant to 28 U.S.C.§ 636(b)(1), they had ten days to serve and file written objections to the Report and Recommendation. No objections have been filed and the time to do so has expired.

Upon review of the record of this matter and the Report and Recommendation, and noting the absence of timely objections thereto, the following order is entered:

AND NOW, this 27th day of June, 2007, it is

ORDERED that defendants' motion for summary judgment, docket no. 16, is granted. The Report and Recommendation is adopted as the opinion of the Court. The Clerk shall mark this matter closed.

BY THE COURT:

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice by ECF to counsel of record and by U.S. Mail to:

    Eric Sager GC-1557
    S.C.I. Fayette
    P.O. Box 9999
    Labelle, PA 15450